# United States Bankruptcy Court
# Central District of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

## ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO APPEAR AT 341(a) MEETING OF CREDITORS

**DEBTOR INFORMATION:**
Russell R Dion

**BANKRUPTCY NO.** 6:24–bk–17117–SY

**CHAPTER** 7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–1487
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** N/A

**JOINT DEBTOR INFORMATION:**
Victoria Grace Dion

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–1715
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Dismissal Date:** 1/31/25

**Address:**
10112 Lakeview Drive
Rancho Mirage, CA 92270

The above debtor(s) has **FAILED TO APPEAR** for examination at the initial Section 341(a) meeting of creditors and any continuance thereof:

It is ordered:

1) The case is dismissed.

2) The automatic stay is vacated.

3) Any discharge entered in this case is vacated.

4) The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dismissed as to Joint Debtor Only

Dated: January 31, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court